[Nos. 14981-1-III; 15234-1-III.   Division Three.   June 3, 1999.]

WESTMINSTER LAND ROAD ASSOCIATION, *Respondent*, v.
JAMES B. CANNING, *Appellant*.

Appeals from a judgment of the Superior Court for
Spokane County, No. 93-2-01343-9, Kathleen M. O'Connor,
J., entered June 2 and September 7, 1995. *Affirmed in part*
and *reversed in part* by unpublished opinion per Kurtz,
A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 16305-9-III.   Division Three.   June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLIE
DWAYNE O'BRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-01493-2, Kenneth Kato, J.,
entered November 21, 1996. *Affirmed* by unpublished
opinion per Brown, J., concurred in by Kurtz, A.C.J., and
Sweeney, J.

[No. 16904-9-III.   Division Three.   June 3, 1999.]

THE CITY OF SPOKANE, *Respondent*, v. THOMAS M. WRENN,
*Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 96-1-02632-7, Greg D. Sypolt, J.,
entered August 12, 1997. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Kurtz, A.C.J., and Kato, J.

[No. 17087-0-III.   Division Three.   June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CARMEN A.
MARCH, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 97-1-00120-7, Robert L. Zagelow, J.,
entered November 17, 1997. *Affirmed* by unpublished
opinion per Kurtz, A.C.J., concurred in by Sweeney and
Kato, JJ.